**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
Telephone (212) 403-1000
Facsimile (212) 403-2000
Harold S. Novikoff (HN 3898)
Amy R. Wolf (AW 6646)
Emil A. Kleinhaus (EK 6731)

Attorneys for JPMorgan Chase Bank, N.A.

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS, INC., | : | Case No. 08-13555 (JMP) |
| Debtors. | : | Jointly Administered |
| ALIANT BANK, | : | |
| Plaintiff, | : | |
| vs. | : | Adversary Proceeding No. 08-1751 |
| LEHMAN BROTHERS SPECIAL FINANCING, INC., JPMORGAN CHASE BANK, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION, | : | |
| Defendants. | : | |

**DECLARATION OF LAWRENCE N. CHANEN IN
OPPOSITION TO THE MOTION OF ALIANT BANK**

   1.  I am Senior Vice President and Associate General Counsel of JPMorgan

Chase Bank, N.A. ("JPMorgan"). I have personal knowledge of the matters set forth in this

Declaration. I submit this Declaration in opposition to the Motion of Aliant Bank ("Aliant") for

an order, inter alia, directing JPMorgan, as debtor's agent or custodian, to effectuate certain transfers (the "Motion").

2. In the Motion, Aliant seeks to recover possession of a certain Federal National Mortgage Association ("FNMA") mortgage backed security bearing CUSIP No. 31371LB81, together with any distributions made with respect thereto and interest thereon, referred to by Aliant as the "Swap Collateral." According to Aliant, the Swap Collateral served as security for Aliant's potential obligations to Lehman Brothers Special Financing, Inc. ("LBSF") under certain derivative transactions between Aliant and LBSF pursuant to an ISDA Master Agreement dated October 24, 2003 (copies of the ISDA Master Agreement and the Credit Support Annex thereto are attached to Aliant's motion as Exhibit A).

3. At my direction, JPMorgan conducted a search to determine if JPMorgan is holding the Swap Collateral and, if so, in what capacity. First, JPMorgan looked for accounts that might contain a security posted by an LBSF counterparty. I am advised that there is no evidence that JPMorgan held a FNMA security as custodian for LBSF since October 27, 2005.

4. Second, JPMorgan conducted a search for CUSIP No. 31371LB81 subsequent to the date that Aliant alleges that it was delivered to LBSF -- October 27, 2005. Attached hereto as Exhibit A is an electronic record reflecting, in the second to last item, a transfer of a security of the relevant issue (CUSIP 31371LB81) by Lehman Brothers Inc. to Bank of New York for the account of Barclays Capital on September 18, 2008. I am advised that the designation LFN before the number of the trade in the left-hand column indicates that the trade was made by Lehman Brothers Inc., which had on-line access to JPMorgan's systems and executed its own trades. I am also advised that the designation FRBS BK OF NYC/BCMBS

under the column headed OTHERSIDE indicates that the trade was made to Bank of New York for the account of Barclays Capital.

5. In October 2008, JPMorgan exercised its right of setoff against the balance in the demand deposit account maintained by LBSF at JPMorgan. I have been informed that the account contained only cash; there were no securities, including specifically the Swap Collateral, in the LBSF account.

I declare under penalties of perjury that the foregoing is true and correct.

Executed on January 9, 2009

_____
Lawrence N. Chanen

# EXHIBIT A

```
                              JPMORGAN CHASE BANK BDAS BE3 SYSTEM                      PAGE  536
BUSINESS DATE: 18-SEP-2008        BDAS Detailed Transaction Journal Report       19-SEP-2008 04:05:19.21

CUST ------ IMA ------
CUSIP:              DUE TO FRB    DUE FROM    PAYMENT    TYPE    REF CODE    OTHERSIDE              R

CUSIP:              31371L5W5     FNMS 255661    6.5000         0.00                                0
                                                                0.00    2000    5661 Delivers -   1 Receives -   S
Subtotals for Cusip: 31371L5W5
Tran Count Total -      1                       2,061,445.00    0.00
Payments                                        0.00            0.00

CUSIP:              31371L6J3     FNMS 255673    6.5000         0.00                                0
                                                                0.00    2000    5682 Delivers -   1 Receives -   S
LPN * 0918193 BSE55 5682                        145,000.00
Subtotals for Cusip: 31371L6J3
Tran Count Total -      1                       145,000.00      0.00
Payments                                        0.00            0.00

CUSIP:              31371LAC3     FNMS 254803    5.0000         0.00                                0
                                                                0.00    2000    5691 FRBS BK OF NYC/BCMBS   S
LPN * 0918193 BSE55 5691                        22,090,896.00
Subtotals for Cusip: 31371LAC3
Tran Count Total -      1                       22,090,896.00   0.00
Payments                                        0.00            0.00

CUSIP:              31371LB81     FNMS 254863    4.0000         0.00                                0
                                                                0.00    2000    5684 FRBS BK OF NYC/BCMBS   S
LPN * 0918193 BSE55 5684                        5,250,000.00
Subtotals for Cusip: 31371LB81
Tran Count Total -      1                       5,250,000.00    0.00
Payments                                        0.00            0.00

CUSIP:              31371LC56     FNMS 254892    3.5000         0.00                                0
                                                                0.00    2000    5693 FRBS BK OF NYC/BCMBS   S
LPN * 0918193 BSE55 5693                        1,000,000.00

(BE3) PDTJ/ALL                                                                       PAGE   536
FROM: 31371L6J3/                                                                  TO: 31371LC56/
                                                                                  19-SEP-2008 04:05:19.21
LPN * 0918193 BSE55 5693     145,000.00                         1,000,000.00/
```