**PORZIO, BROMBERG & NEWMAN, P.C.**
(Mail to) P.O. Box 1997, Morristown, NJ 07962-1997
(Delivery to) 100 Southgate Parkway, Morristown, NJ 07960
Telephone (973) 538-4006
Facsimile (973) 538-5146
-and-
156 West 56th Street
New York, NY 10019
Email: jsmairo@pbnlaw.com
      tjfreedman@pbnlaw.com

Attorneys Appearing:    John S. Mairo (JM-0670)
                            Terri Jane Freedman (TF-0028)

Attorneys for Aliant Bank

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re:  ) Chapter 11 Case
 )
LEHMAN BROTHERS HOLDINGS  ) Case No. 08-13888 (JMP)
FINANCING, INC.,  )
 ) Jointly Administered
                Debtor.  )
 )
------------------------------------------------------------- x
ALIANT BANK,  )
 )
   Plaintiff,  )
 ) Adversary Proceeding No. 08-1751
v.  )
 )
LEHMAN BROTHERS SPECIAL FINANCING,  )
INC., JP MORGAN CHASE BANK,  )
N.A. and FEDERAL NATIONAL  )
MORTGAGE ASSOCIATION,  )
 )
   Defendants.  )
------------------------------------------------------------- X

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF ALIANT BANK'S MOTION FOR AN ORDER (i) DIRECTING LEHMAN BROTHERS SPECIAL FINANCING, INC. TO IMMEDIATELY RETURN TO ALIANT THE SWAP COLLATERAL, INCLUDING ALL MONTHLY EXCESS COLLATERAL PAYMENTS AND NON-REMITTED DISTRIBUTIONS, AND DIRECTING JPMORGAN CHASE BANK, N.A., AS DEBTOR'S AGENT OR CUSTODIAN, TO EFFECTUATE SUCH TRANSFERS, OR, (ii) IN THE ALTERNATIVE PENDING RESOLUTION OF THE ACTION, DIRECTING FEDERAL NATIONAL MORTGAGE ASSOCIATION TO MAKE ALL FUTURE MONTHLY EXCESS COLLATERAL PAYMENTS DIRECTLY TO ALIANT OR TO A TRUST ACCOUNT MAINTAINED AT AN INSTITUTION WHICH ACKNOWLEDGES TO HAVE NO SETOFF RIGHTS TO THE FUNDS IN THE ACCOUNT**

**PLEASE TAKE NOTICE** that the Aliant Bank hereby withdraws, without prejudice, its Motion for an Order (i) Directing Lehman Brothers Special Financing, Inc. to Immediately Return to Aliant the Swap Collateral, Including All Monthly Excess Collateral Payments and Non-Remitted Distributions, and Directing JPMorgan Chase Bank, N.A., as Debtor's Agent or Custodian, to Effectuate Such Transfers, or, (ii) in the Alternative Pending Resolution of the Action, Directing Federal National Mortgage Association to Make All Future Monthly Excess Collateral Payments Directly to Aliant or to a Trust Account Maintained at an Institution Which Acknowledges to Have No Setoff Rights to the Funds in the Account [Docket No. 2; Adversary Case No. 08-01751; Case No. 08-13888 (JMP)].

Dated: January 14, 2008   **PORZIO, BROMBERG & NEWMAN, P.C.**
Attorneys for Aliant Bank

By: /s/ John S. Mairo
    John S. Mairo

(Mail to) P.O. Box 1997, Morristown, NJ 07962-1997
(Delivery to) 100 Southgate Parkway, Morristown, NJ 07960
Telephone (973) 538-4006
Facsimile (973) 538-5146
-and-
156 West 56th Street
New York, NY 10019
Email:   jsmairo@pbnlaw.com
         tjfreedman@pbnlaw.com

1257636